UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILLY MALONE, JEROME WATSON, SAMMY NG, ERIC BROCKINGTON, ROBERT ABREU, DESIREE WILSON, EVA LEE, OLIVIA WILSON, SHERRE WILSON, ANGEL HERNANDEZ, MARCO GONZALEZ, NYTRICHA SMITH AND DANIEL PAULINO,

                                          Plaintiffs,

      -against-

NEW YORK PRESSMEN'S UNION NUMBER 2 AND NEWS CORP AKA NYP HOLDINGS D/B/A THE NEW YORK POST,

                                          Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 07 CIV 9583 (JR)

To:    CLERK OF THE COURT
        ALL PARTIES OF RECORD

       PLEASE TAKE NOTICE that Daniel Engelstein of the law firm Levy Ratner, P.C., 80 Eighth Avenue, Floor 8, New York, New York 10011, will be appearing to represent Defendant NEW YORK PRESSMEN'S UNION NUMBER 2 in the above-captioned matter.

       Mr. Engelstein is admitted to practice in the Southern District of New York. Contact information for Mr. Engelstein is as follows:

                LEVY RATNER, P.C.
                80 Eighth Avenue, 8th Floor
                New York, New York 10011
                Telephone: (212) 627-8100   Facsimile: (212) 627-8182
                Attn: Daniel Engelstein   Email: dengelstein@lrbpc.com

Dated: New York, New York
       November 26, 2007                      LEVY RATNER, P.C.

                                      By:   /s/ Daniel Engelstein
                                               Daniel Engelstein (DE-2499)
                                               80 Eighth Avenue
                                               New York, New York 10011
                                               (212) 627-8100
                                               (212) 627-8182 (fax)

                                               Attorneys for Defendant NEW YORK PRESSMEN'S UNION NUMBER 2