RANOFF, 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X

WILLY MALONE, JEROME WATSON, SAMMY NG,
ERIC BROCKINGTON, ROBERT ABREU, DESIREE
WILSON, EVA LEE, OLIVIA WILSON, SHERRE
WILSON, ANGEL HERNANDEZ, MARCO GONZALEZ,
NYTRICHA SMITH AND DANIEL PAULINO,

                                        Plaintiffs,

                    -against-

NEW YORK PRESSMEN'S UNION NUMBER 2 AND
NEWS CORP AKA NYP HOLDINGS D/B/A THE NEW
YORK POST,

                                        Defendants.
————————————————————————————X

**STIPULATION
AND ORDER**

Case No. 07 CIV 9583
(JR)

ECF Case

It is hereby stipulated and agreed that the time for the Defendant New York Pressmen's

Union Number 2 to answer or otherwise respond to the Complaint is hereby extended to and

including December 21, 2007.

Dated: November 19, 2007
       New York, New York

FRANK & ASSOCIATES, P.C.

By: _____
    Ian M. Sack (IS 2717)
    Attorneys for Plaintiffs
    500 Bi-County Blvd., 112N
    Farmingdale, New York 11735
    (631) 756-0400
    isack@laborlaws.com

LEVY RATNER, P.C.

By: _____
    Daniel Engelstein (DB 2499)
    Attorneys for Defendant Union
    80 Eighth Avenue, Floor 8
    New York, New York 10011
    (212) 627-8100
    dengelstein@lrbpc.com

So Ordered:

_____
United States District Judge

11-29-07

{Worldox Files\87\0002\0407053033.DOC}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-07