# FRANK & ASSOCIATES, P.C.

———— ATTORNEYS AT LAW ————

500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

**Neil M. Frank**

January 10, 2008

**_VIA ECF and FACSIMILE (212-805-0426)_**

Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, New York 10007

      Re:  Malone et. al. v. NY Pressmen's Union Number Two,
             and News Corp, a/k/a NYP Holdings, d/b/a The New
             York Post
             <u>Case Number: 07-CV-9583 (LTS)(GWG)</u>

Your Honor:

This firm represents Plaintiffs in the above-referenced action. I write to respectfully request Plaintiff's time to respond to Defendant New York Pressmen's Union Number Two's Motion to Dismiss be extended, from January 2, 2008 to February 11, 2008, and Defendant's time to reply be extended to February 25, 2008. This is the first request by any party for an extension of time to respond.

Prior to writing this letter, I contacted counsel for the Defendant Union, Daniel Engelstein, Esq., who consents to this application.

This request is necessary due to the recent, unexpected departure of Ian Sack, Esq., the attorney assigned to handle this file at our firm. Additional time is required in order to afford a new attorney sufficient time to become familiar with the file.

Thank you for your kind consideration of this request.

*Respectfully submitted,*

**FRANK & ASSOCIATES, P.C.**

*[signature]*

Jennifer L. DeVenuti, Esq. (JD-5778)

cc: Daniel Engelstein, Esq. (via ECF and Facsimile 212-627-8182)

~ Employment, Labor Relations and Benefits Litigation ~