# FRANK & ASSOCIATES, P.C.
──────── ATTORNEYS AT LAW ────────
500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

Neil M. Frank

February 4, 2008

### VIA FACSIMILE (212-805-0426)

Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICA...
DOC #: _____
DATE FILED: FEB 0 4 2008

MEMO ENDORSED

Re: Malone et. al. v. NY Pressmen's Union Number Two,
and News Corp, a/k/a NYP Holdings, d/b/a The New
York Post
Case Number: 07-CV-9583 (LTS) (GWG)

Your Honor:

This firm represents Plaintiffs in the above-referenced action. I write to respectfully request Plaintiff's time to respond to Defendant New York Pressmen's Union Number Two's Motion to Dismiss be extended, from February 11, 2008 to February 19, 2008, and Defendant's time to reply be extended from February 25, 2008 to March 7, 2008. This is the second request for an extension of time to respond. The first request for an extension of time was granted.

Prior to writing this letter, I contacted counsel for Defendant Union, Daniel Engelstein, Esq., who consents to this application.

This request is necessary due to Plaintiff's intent to cross-move to Amend the Complaint in this action.

Thank you for your kind consideration of this request.

*Respectfully submitted,*

FRANK & ASSOCIATES, P.C.

Jennifer L. DeVenuti
Jennifer L. DeVenuti, Esq. (JD-5778)

The request is granted.
SO ORDERED.

2/4/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Daniel Engelstein, Esq. (via ECF and Facsimile 212-627-8182)

~ Employment, Labor Relations and Benefits Litigation ~