## CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

Jennifer Leigh DeVenuti, Esq. (JD-5778), an attorney duly admitted to practice law in the State of New York, affirms the following under penalties of perjury:

I am an Associate with the law firm Frank & Associates, P.C., attorneys for Plaintiffs **WILLY MALONE, JEROME WATSON, ROBERT ABREU, DESIREE WILSON, EVA LEE, OLIVIA WILSON, SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA SMITH and DANIEL PAULINO**, herein.

On February 19, 2008, I served a true copy of the following:

1. "Plaintiff's Memorandum of Law in Opposition to Defendant Union's Motion to Dismiss, and in Support of Plaintiffs' Motion to Amend the Complaint;"
2. "Declaration of Jennifer L. DeVenuti, Esq., in Support of Plaintiff's Opposition to Defendant Union's Motion to Dismiss" and supporting documentation; and
3. "Notice of Motion to Amend the Complaint" and supporting documentation.

via *Overnight Delivery* addressed as indicated below:

Mr. Daniel Engelstein, Esq.
Levy Ratner, P.C.
80 8th Avenue
8th Floor
New York, New York 10011

Dated: Farmingdale, New York
February 19, 2008

*Jennifer L. DeVenuti*
Jennifer L. DeVenuti, Esq. (JD-5778)