# LEVY RATNER, P.C.
### Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2008

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein"
Gwynne A. Wilcox*
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine
David Slutsky^
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder*
Dana E. Lossia*
Sara D. Newman*
Susan J. Cameron^
Micah Wissinger*

Senior Counsel:
Richard Dorn
Jennifer J. Middleton^
Paul Schachter°
Denise Reinhardt"

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz†

February 26, 2008

**BY FACSIMILE (212-805-0426)**
**AND FIRST-CLASS MAIL**

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007-1312


MEMO ENDORSED

Re:    Malone, et al. v. New York Pressmen's Union No. 2
       Index No. 07 Civ. 9583 (LTS)

Dear Judge Swain:

We represent the Defendant Union in the above matter. We are writing, with the consent of Plaintiffs' counsel, to adjourn the pre-trial conference scheduled for March 7, 2008 and to suspend the attendant disclosure and other pre-trial obligations pending disposition of the Union's pending motion to dismiss, Plaintiffs' anticipated motion to amend their Complaint, and the formal appearance of the other defendant, which I understand was served sometime in January, 2008

Subject to the Court's approval, we have agreed to the following schedule with respect to our motion to dismiss and Plaintiffs' motion to amend the complaint and compliance with the pre-motion conference consultation requirements:

1.    Defendant Union has volunteered to provide Plaintiffs' counsel with information submitted to the EEOC (e.g., the breakdown of the seniority lists, explanation of the seniority system, some chronology of events and other matters) which will hopefully provide a more focused context for the redrafting of the Complaint;

2.    By Wednesday March 5, 2008, Plaintiffs will provide us with a proposed amended complaint;

{Worldox Files\876\002\04\08004224.DOC}

"Admitted in NY, MA and DC    *Admitted in NY, NJ and PA    °Admitted in NY and DC    ^Admitted in NY and NJ    'Admitted in NY and CT
°Admitted in NY and CA    "Admitted in NY, NJ and CA    ^Admitted in NY, CA and OR    °Admitted in NY, NJ and CH    "Admitted in NJ only    †Admitted in NY and MA

LEVY RATNER, P.C.

Hon. Laura Taylor Swain
February 26, 2008
Page 2

    3.    On Monday, March 10, 2008, we will inform Plaintiffs' counsel as to whether we will consent to the filing of the amended complaint;

    4.    If we do not consent to the amendment because it is not materially different from the initial complaint, we will file our reply papers on the pending motion to dismiss on or before March 14, 2008 and oppose the motion to amend on the grounds that the amended complaint is also insufficient; and,

    5.    If the amended complaint is sufficiently materially different that the court would likely grant the motion to amend, we will consent to the amendment and enter into a stipulation that will provide for additional time in which Defendant Union may answer or renew its motion to dismiss.

    Please advise us if the foregoing is acceptable.

Respectfully submitted,

LEVY RATNER, P.C.

Daniel Engelstein (DE2499)
Attorneys for Defendant Union

DSE:jos
cc:    Jennifer DeVenuti, Esq. (via facsimile - 631-756-0547)
        Plaintiffs' Counsel

*The proposed schedule is approved.*

SO ORDERED.

2/27/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

{Worldox Files\876\002\04\08004224.DOC}