Courtesy Copy

02-27-2008  02:52pm  From-HOGAN & HARTSON LLP Rm 2511    2129183100    T-284  P.002/002  F-121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
WILLY MALONE, JEROME WATSON, DESIREE
WILSON, EVA LEE, OLIVIA WILSON, SHERRE
WILSON, ROBERT ABREU, NYTRICHA SMITH, ANGEL
HERNANDEZ, and DANIEL PAULINO,

                     Plaintiffs,

   -against-

NEW YORK PRESSMEN'S UNION NUMBER 2 and NYP
HOLDINGS INC.

                     Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2008

No. 1:07-CV-9583-LS

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that Defendant NYP Holdings Inc.'s time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended to and including 30 days from this court's ruling on the pending Motion to Amend.

Dated: February 27, 2008

HOGAN & HARTSON L.L.P.

By: _____
Michael Starr
Christine M. Wilson
875 Third Avenue
New York, New York 10022
(212) 918-3000

Barry I. Levy
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, New York 11556
(516) 357-3149

*Attorneys for Defendant NYP Holdings Inc.*

Dated: February 27, 2008

FRANK & ASSOCIATES, P.C.

By: _____
Jennifer L. DeVenuti
Frank & Associates, P.C.
500 Bi-county Boulevard, 112N
Farmingdale, New York 11735
(631) 756-0400
*Attorneys for Plaintiffs*

Dated: February 27, 2008

IT IS SO ORDERED:

_____
United States District Judge

Dated: February 29, 2008