UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MALONE, et al.,

                                                      Plaintiffs,      **AFFIDAVIT OF SERVICE BY**
                                                                     **OVERNIGHT DELIVERY**
                 -against-

New York Newspaper Printing Pressmen's Union Number 2,     Case No. 07 CIV 9583 (LTS)

                                                      Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

        I, LOURDES B. GARCIA, being duly sworn state the following:

        I am not a party to this action, am over 18 years of age and reside at New York, NY.

        On March 12, 2008, I served the within Defendant Union's Reply Memorandum of Law in Support of Its Motion to Dismiss by dispatching a true copy by overnight delivery to each of the following persons at the last known address set forth after each name below:

Jennifer DeVenuti, Esq.
Frank & Associates, P.C.
500 Bi-County Boulevard, Suite 112N
Farmingdale, NY 11735
(UPS/FEDEX tracking no. 7992 8826 8630)

Barry I. Levy, Esq.
Rivkin Radler, LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
(UPS/FEDEX tracking no. 7992 8827 6400)

Michael Starr, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
(UPS/FEDEX tracking no. 7998 1790 9107)

                                                                        _____
                                                                        LOURDES B. GARCIA

Sworn to before me this
12th day of March, 2008

_____
NOTARY PUBLIC

37-002-00004

DANA LOSSIA
Notary Public, State of New York
No. 02LO6161295
Qualified in Kings County