# FRANK & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

Neil M. Frank


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 14 2008

March 13, 2008

**MEMO ENDORSED**

<u>VIA FACSIMILE (212-805-0426)</u>

Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, New York 10007

      Re: Malone et. al. v. NY Pressmen's Union Number Two,
      and News Corp. a/k/a NYP Holdings, d/b/a The New
      York Post
      <u>Case Number: 07-CV-9583 (LTS) (GWG)</u>

Your Honor:

This firm represents Plaintiffs in the above-referenced action.

Plaintiffs respectfully request their Motion for Leave to Amend be reinstated to the docket in the above-referenced matter. The parties have complied with Judge Swain's Individual Rule 2(D) with regard to consultation prior to the filing of Motions.

Please contact the undersigned if you are in need of any additional information. Thank you for your kind courtesies herein.

*Respectfully submitted,*

FRANK & ASSOCIATES, P.C.

Jennifer L. DeVenuti, Esq. (JD-5778)

Cc: Daniel Engelstein, Esq. and Barry I. Levy, Esq. (via Facsimile, 212-627-8182)
    Michael Starr, Esq. (via Facsimile, 212-918-3100)

*The reinstatement request is granted.*

SO ORDERED.

3/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

~ Employment, Labor Relations and Benefits Litigation ~