# LEVY RATNER, P.C.

Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAR 18 2008

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox*
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine
David Slutsky^
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder*
Dana E. Lossia*
Sara D. Newman*
Susan J. Cameron^
Micah Wissinger*

Senior Counsel:
Richard Dorn
Jennifer J. Middleton^
Paul Schachter°
Denise Reinhardt*

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz

March 17, 2008

**BY FACSIMILE (212-805-0426)**
**AND FIRST-CLASS MAIL**

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007-1312



**MEMO ENDORSED**

Re:   Malone, et al. v. New York Pressmen's Union No. 2
      Index No. 07 Civ. 9583 (LTS)

Dear Judge Swain:

We represent the Defendant Union in the above matter.

By Order dated Friday March 14, 2008, the Court reinstated Plaintiffs' Motion for Leave to Amend in this matter. As indicated in our letter to the Court of March 12, 2008, the Defendant Union opposes Plaintiff's request to file a Second Amended Complaint. We hereby request a short extension of time, until April 4, 2008, in which to file our opposition to the present Motion. Plaintiffs' counsel has graciously consented to this request.

Daniel Engelstein, the Union's primary counsel in this matter, is currently out of the country on a pre-scheduled vacation. Both parties, with the other's consent, have previously requested extensions in connection with the briefing schedule for the pending Motion to Dismiss. These requests have all been granted. In addition, as reflected in our letters to the Court dated February 26th and March 12th, the Motion for Leave to Amend was held in abeyance while the Union provided additional information to Plaintiffs, and afforded them an opportunity to further modify their proposed Second Amended Complaint. As indicated above, this Motion was reinstated on March 14th.

*Admitted in NY, MA and DC   *Admitted in NY, NJ and PA   *Admitted in NY and DC   ^Admitted in NY and NJ   *Admitted in NY and CT
°Admitted in NY and CA   *Admitted in NY, NJ and CA   ^Admitted in NY, CA and OR   °Admitted in NY, NJ and PR   *Admitted in NJ only   *Admitted in NY and MA

LEVY RATNER, P.C.

Hon. Laura Taylor Swain
March 17, 2008
Page 2

    Please advise us if the foregoing request for a one-week extension is acceptable.

Respectfully submitted,

LEVY RATNER, P.C.

*[signature]*

Carl J. Levine (CL2495)
Attorneys for Defendant Union

cc:   Jennifer DeVenuti, Esq. (by facsimile)
      Michael Starr, Esq. (by facsimile)

*The request is granted.*

SO ORDERED.

*[signature]* 3/17/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

{Worldox Files\876\002\04\08005765.DOC}