UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

WILLY MALONE, JEROME WATSON, ROBERT ABREW,                    CASE NO.: 07-CV-
DESIREE WILSON, EVA LEE, OLIVIA WILSON, SHERRE                9583 (LTS)(GWG)
WILSON, ANGEL HERNANDEZ, NYTRICHA SMITH and
DANIEL PAULINO,

                                    Plaintiffs,

                                                              **NOTICE OF**
                          -against-                           **APPEARANCE**

NEW YORK PRESSMEN'S UNION NUMBER 2 and
NYP HOLDINGS, d/b/a THE NEW YORK POST,

                                    Defendants.

------------------------------------------------------------------------X


        **PLEASE TAKE NOTICE** that Barry I. Levy, Esq., a partner with the law firm of

Rivkin Radler LLP – 926 Rexcorp Plaza – Uniondale, New York  11556 (516) 357-3000, hereby

appears as counsel in this action on behalf of Defendant, NYP HOLDINGS, INC. s/h/a NYP

HOLDINGS d/b/a THE NEW YORK POST.

Dated: Uniondale, New York
       March 18, 2008

                                        Respectfully submitted,

                                        RIVKIN RADLER LLP

                          By:     _____/s/_____
                                  Barry I. Levy (BL-2190)
                                  926 RexCorp Plaza
                                  Uniondale, New York 11556-0926
                                  Telephone:    516-357-3000
                                  Facsimile:    516-357-3333

                                  *Counsel for Defendant, NYP Holdings, Inc. s/h/a*
                                  *NYP Holdings d/b/a The New York Post*

2130999 v1