UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| WILLY MALONE, JEROME WATSON, ROBERT ABREW, DESIREE WILSON, EVA LEE, OLIVIA WILSON, SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA SMITH and DANIEL PAULINO, | CASE NO.: 07-CV-9583 (LTS)(GWG) |
| Plaintiffs, | |
| -against- | **NOTICE OF APPEARANCE** |
| NEW YORK PRESSMEN'S UNION NUMBER 2 and NYP HOLDINGS, d/b/a THE NEW YORK POST, | |
| Defendants. | |

-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Kenneth A. Novikoff, Esq., a partner with the law firm of Rivkin Radler LLP – 926 RexCorp Plaza – Uniondale, New York 11556 (516) 357-3000, hereby appears as counsel in this action on behalf of Defendant, NYP HOLDINGS, INC. s/h/a NYP HOLDINGS d/b/a THE NEW YORK POST.

Dated: Uniondale, New York
       March 18, 2008

                        Respectfully submitted,

                        RIVKIN RADLER LLP
                        Attorneys For Defendant
                        NYP Holdings, d/b/a The New York Post

By: _____/s/_____
                        Kenneth A. Novikoff (KAN-0350)
                        926 RexCorp Plaza
                        Uniondale, New York 11556-0926
                        Telephone:   516-357-3000
                        Facsimile:    516-357-3333

2130997 v1