**EXHIBIT D**

**EXHIBIT "A"**

SHOP   POST JUNIOR   PRIORITY LIST

| Priority | Last Name | First Name | Minority | Priority | Last Name | First Name | Minority |
|---|---|---|---|---|---|---|---|
| 1 | Lanoce | Ralph | 0 | 34 | Smalls | Robert | 0 |
| 2 | Gangi | Thomas | 0 | 35 | Clarke | Morgan | 0 |
| 3 | Cunningham | William | 0 | 36 | Quick | Jason | 1 |
| 4 | Kelly | Robert | 0 | 37 | Nash | Christophe | 0 |
| 5 | Hernandez | Angel | 1 | 38 | Shacklefor | Reginald | 1 |
| 6 | Abreu | Roberto | 1 | 39 | Nunez | Scotty | 1 |
| 7 | Tortorello | Anthony | 0 | 40 | Villalona | Argenia | 1 |
| 8 | Carew | Holden | 0 | 41 | Buffolino | August | 0 |
| 9 | Quinn | Tom | 0 | 42 | Rintel | Lenny | 0 |
| 10 | Clement | Anthony | 0 | 43 | Fietcher | Michael | 0 |
| 11 | Carter | Jeffrey | 1 | 44 | Boyle | Peter | 0 |
| 12 | Schiller | Mike | 0 | 45 | Duffy | Thomas | 0 |
| 13 | Ng | Sammy | 1 | 46 | Myers | Mark | 0 |
| 14 | Kadian | Barbara | 1 | 47 | Orellana | Mario | 1 |
| 15 | Tomasello | Joe | 0 | 48 | Bogan | Barbara | 1 |
| 16 | Tomasello | William | 0 | 49 | Lynch | Mike | 0 |
| 17 | Dimateo | Tom | 0 | 50 | Steiger | Richard | 0 |
| 18 | McVeigh | James | 0 | 51 | Brockingto | Eric | 1 |
| 19 | Tonnessen | Eric | 0 | 52 | Feinmal | Ricky | 0 |
| 20 | Wilson | Desiree | 1 | 53 | Gonzales | Marco | 1 |
| 21 | Metro | John | 0 | 54 | Clement | Chris | 0 |
| 22 | Coffin | Thomas | 0 | 55 | Gately | Donold | 0 |
| 23 | Fuentes | Steven M. | 1 | 56 | Passaro | Anthony | 0 |
| 24 | Leguillo | Alex | 1 | 57 | Sharif | William | 1 |
| 25 | Wilson | Sheri | 1 | 58 | Cerenzia | Michael | 0 |
| 26 | Wilson | Oliva | 1 | 59 | Amster | Brad | 0 |
| 27 | Donnatin Jr | Frank | 0 | 60 | Jones | Ronnie | 1 |
| 28 | Love | Chris | 0 | 61 | Anzalone | Philip | 0 |
| 29 | Walsh | Brendon | 0 | 62 | Trank | William | 0 |
| 30 | Kochendorfer | Michael | 0 | 63 | Gashi | Afrim | 0 |
| 31 | Kanner | Mark | 0 | 64 | Figueroa | Apolinar | 1 |
| 32 | Smith | Nitricha | 1 | 65 | Pochter | Jeffrey | 0 |
| 33 | Malone | Willie | 1 | | | | |

**Women/Minorities**

Number                                        **23**

Percentage                             **35.38%**