# FRANK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

Neil M. Frank

April 7, 2008

*VIA FACSIMILE (212-805-0426)*

Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, New York 10007



**MEMO ENDORSED**

Re: Malone et. al. v. NY Pressmen's Union Number Two,
and News Corp, a/k/a NYP Holdings, d/b/a The New York Post
Case Number: 07-CV-9583 (LTS) (GWG)

Your Honor:

This firm represents Plaintiffs in the above-referenced action. I write to respectfully request Plaintiffs' time to file and serve a Reply in Support of Plaintiffs' Motion for Leave to Amend the Complaint be extended from April 9, 2008 to April 18, 2008. This is Plaintiffs' first request for an extension to file and serve such a Reply as pertains to Plaintiffs' Motion for Leave to Amend.

Prior to writing this letter, I contacted counsel for Defendant Union, Daniel Engelstein, Esq., who consents to this application.

This short extension is necessary due to Plaintiffs' counsel being engaged in opposing a Motion for Summary Judgment in the case Doreen Henry v. Dominican Village, Inc., (Index Number: 05-27382, Supreme Court, Suffolk County). Plaintiffs' counsel is also scheduled to appear on a Motion for Change of Venue in the case of Klein v. Dunbar Armored, Inc. (Index Number: 029169, Supreme Court, Queens County).

Thank you for your kind consideration of this request.

*The request is granted.*

Respectfully submitted,

**SO ORDERED.**

FRANK & ASSOCIATES, P.C.

Jennifer L. DeVenuti
Jennifer L. DeVenuti, Esq. (JD-5778)

4/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Daniel Engelstein, Esq. (via Facsimile 212-627-3182)
   Michael Starr, Esq. (via Facsimile 212-918-3100)
   Barry Levy, Esq. (via Facsimile 516-357-3333)

~ Employment, Labor Relations and Benefits Litigation ~