UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------
WILLY MALONE, JEROME WATSON, ROBERT ABREU,
DESIREE WILSON, EVA LEE, OLIVIA WILSON,
SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA
SMITH and DANIEL PAULINO,

                              Plaintiffs,              Case Number:
                                                  07-CV-9583
                                                  (LTS) (GWG)

     -against-

                                                  **NOTICE OF MOTION**

NEW YORK PRESSMEN'S UNION NUMBER 2
and NEWS CORP a.k.a. NYP HOLDINGS d/b/a
THE NEW YORK POST,

                                Defendants.
-----------------------------------------------------------------------------------

       **PLEASE TAKE NOTICE** that upon the Affirmation of Jennifer L. DeVenuti, Esq. dated April 22, 2008, the law firm of **FRANK & ASSOCIATES, P.C.,** moves this court for an order allowing its withdrawal as attorneys of record for Plaintiff **EVA LEE** in the above-captioned case.

Dated: Farmingdale, New York
        April 22, 2008

                                         FRANK & ASSOCIATES, P.C.
                                         Attorneys for Plaintiff

                                         By: ___/s Jennifer L. DeVenuti_____
                                            Jennifer L. DeVenuti, Esq. (JD-5778)
                                            500 Bi-County Boulevard, Suite 112N
                                            Farmingdale, New York 11735
                                            (631) 756-0400


To:    Eva Lee
        40-18 247th Street
        Little Neck, New York 11363
        Daniel Engelstein, Esq.

Levy Ratner, P.C.
80 Eighth Avenue
New York, New York 10011

Barry Levy, Esq.
Rivkin Radler, L.L.P.
926 RexCorp Plaza
Uniondale, New York 11556-0926

Michael Starr, Esq.
Hogan & Hartson, Esq.
875 Third Avenue
New York, New York 10022