## AFFIRMATION OF SERVICE

Jennifer L. DeVenuti, Esq., an attorney duly admitted to practice in the State of New York, affirms the following under the penalties of perjury: I hereby affirm that I caused to be served a true and correct copy of the attached **Notice of Motion and Affirmation of Jennifer L. DeVenuti, Esq. in Support of Motion to Withdraw as Counsel** to Defendant, *via first class mail*, on this 22nd day of April, 2008, on:

>Daniel Engelstein, Esq.
>Levy Ratner, P.C.
>80 Eighth Avenue
>New York, New York 10011
>
>Barry Levy, Esq.
>Rivkin Radler, L.L.P.
>926 RexCorp Plaza
>Uniondale, New York 11556-0926
>
>Michael Starr, Esq.
>Hogan & Hartson, Esq.
>875 Third Avenue
>New York, New York 10022

Dated: Farmingdale, New York
April 22, 2008

*[signature]*
Jennifer L. DeVenuti, Esq.

## AFFIRMATION OF SERVICE

Jennifer L. DeVenuti, Esq., an attorney duly admitted to practice in the State of New York, affirms the following under the penalties of perjury: I hereby affirm that I caused to be served a true and correct copy of the attached **Notice of Motion and Affirmation of Jennifer L. DeVenuti, Esq. in Support of Motion to Withdraw as Counsel** to Plaintiff, *via first class mail*, on this 22nd day of April, 2008, on:

> Eva Lee
> 40-18 247th Street
> Little Neck, New York 11363

Dated: Farmingdale, New York
April 22, 2008

*Jennifer L. DeVenuti, Esq.*