UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

WILLY MALONE, JEROME WATSON, ROBERT ABREU,
DESIREE WILSON, EVA LEE, OLIVIA WILSON,
SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA
SMITH and DANIEL PAULINO,

                           Plaintiffs,                      Case Number:
                                                            07-CV-9583
                                                            (LTS) (GWG)

      -against-

                                                                          **PROPOSED ORDER**

NEW YORK PRESSMEN'S UNION NUMBER 2
and NEWS CORP a.k.a. NYP HOLDINGS d/b/a
THE NEW YORK POST,

                           **Defendants.**
---

       THIS MATTER having come before the Court by Frank & Associates, P.C., counsel for Eva Lee (hereinafter "Plaintiff"), seeking an order granting counsel leave to withdraw as counsel of record for Plaintiff; and the Court having read the Affirmation of Neil M. Frank in support of said motion;

       WHEREAS, the Plaintiff was served with a copy of the Frank & Associates, P.C. motion to withdraw as counsel of record and did not object or reply to said motion;

       IT IS ORDERED, that leave to withdraw as counsel of record for Plaintiff is hereby granted to Frank, & Associates, P.C.; and

       IT IS FURTHER ORDERED that service of a copy of this order shall be made by first class mail, postage pre-paid, upon Plaintiff and Plaintiff shall appear by substitute counsel within thirty (30) days of the date of this order.

Dated: New York, New York
_____, 2008

SO ORDERED:

_____
Honorable Laura T. Swain
United States District Judge
Southern District of New York