UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLY MALONE, JEROME WATSON, ROBERT
ABREU, DESIREE WILSON, EVA LEE, OLIVIA
WILSON, SHERRE WILSON, ANGEL HERNANDEZ,
NYTRICHA SMITH and DANIEL PAULINO,

                         **Plaintiff,**                         **07-CV-9583**
                                                              **(LTS) (GWG)**

              -against-                             **REPLY DECLARATION**
                                                         **OF JENNIFER L.**
                                                         **DEVENUTI, ESQ.**

NEW YORK PRESSMEN'S UNION NUMBER 2
and NEWS CORP a.k.a. NYP HOLDINGS d/b/a
THE NEW YORK POST,

                               **Defendants.**
-------------------------------------------------------------------X

     I, Jennifer L. DeVenuti, Esq., an attorney duly licensed to practice law in the State

of New York, affirm under the penalties of perjury as follows:

     1.     I am an attorney with the firm Frank & Associates, P.C., counsel for

Plaintiffs WILLY MALONE, JEROME WATSON, ROBERT ABREU, DESIREE

WILSON, EVA LEE, OLIVIA WILSON, SHERRE WILSON, ANGEL HERNANDEZ,

NYTRICHA SMITH and DANIEL PAULINO (hereinafter "Plaintiffs") in the above-

captioned matter.  I am fully familiar with the facts set forth herein and make this Reply

Declaration in further support of Plaintiffs' motion for leave to amend the Complaint.

     2.     Attached hereto as Exhibit "A" is the Complaint filed on October 26, 2007

in the instant matter.

1

3.    Attached hereto as Exhibit "B" is a true and accurate copy of Plaintiffs'

Proposed Amended Complaint.


Dated: Farmingdale, New York
       April 25, 2008


Respectfully submitted,

**FRANK & ASSOCIATES, P.C.**
Attorneys for Plaintiffs

By:    *Jennifer L. DeVenuti*

Jennifer L. DeVenuti, Esq. (JD-5778)
Neil M. Frank, Esq. (NF-0251)
500 Bi-County Blvd., Suite 112N
Farmingdale, New York 11735
New York, New York 10112
(631) 756-0400 – Telephone
(631) 756-0547 -- Facsimile