# CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

Jennifer Leigh DeVenuti, Esq. (JD-5778), an attorney duly admitted to practice law in the State of New York, affirms the following under penalties of perjury:

I am an Associate with the law firm Frank & Associates, P.C., attorneys for Plaintiffs **WILLY MALONE, JEROME WATSON, ROBERT ABREU, DESIREE WILSON, EVA LEE, OLIVIA WILSON, SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA SMITH and DANIEL PAULINO**, herein.

On April 25, 2008, I served a true copy of the following:

1. "Plaintiff's Reply Memorandum of Law in Support of Plaintiffs' Motion to Amend the Complaint;" and
2. "Reply Declaration of Jennifer L. DeVenuti, Esq., in Support of Plaintiffs' Motion to Amend the Complaint;" and supporting documentation.

via *Overnight Delivery* addressed as indicated below:

> Mr. Daniel Engelstein, Esq.
> Levy Ratner, P.C.
> 80 8th Avenue. 8th Floor
> New York, New York 10011

Dated: Farmingdale, New York
       April 25, 2008

_____
Jennifer L. DeVenuti, Esq. (JD-5778)