UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------------------

WILLY MALONE, JEROME WATSON, ROBERT ABREU,
DESIREE WILSON, EVA LEE, OLIVIA WILSON,
SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA
SMITH and DANIEL PAULINO,

                              Plaintiffs,           **Case Number:**
                                                     **07-CV-9583**
                                                     **(LTS) (GWG)**

              -against-

                                                     **PROPOSED ORDER**

NEW YORK PRESSMEN'S UNION NUMBER 2
and NEWS CORP a.k.a. NYP HOLDINGS d/b/a
THE NEW YORK POST,

                              Defendants.

-------------------------------------------------------------------------

THIS MATTER having come before the Court by Frank & Associates, P.C., counsel for Eva

Lee (hereinafter "Plaintiff"), seeking an order granting counsel leave to withdraw as counsel of

record for Plaintiff; and the Court having read the Affirmation of Neil M. Frank in support of said

motion;

WHEREAS, the Plaintiff was served with a copy of the Frank & Associates, P.C. motion to

withdraw as counsel of record and did not object or reply to said motion;

IT IS ORDERED, that leave to withdraw as counsel of record for Plaintiff is hereby granted

to Frank, & Associates, P.C.; and

                                                     *Frank & Associates*

IT IS FURTHER ORDERED that service of a copy of this order shall be made by first class
                                                                          ^
mail, postage pre-paid, upon Plaintiff and Plaintiff shall appear by substitute counsel within thirty

(30) days of the date of this order.

*Frank & Associates shall file*
*a certificate attesting to such*
*service,*

Dated: New York, New York
_____ May 7 _____, 2008

SO ORDERED:

_____
Honorable Laura T. Swain
United States District Judge
Southern District of New York