UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE MALONE, JEROME WATSON, ROBERT ABREU, DESIREE WILSON, et. al.<br><br>Plaintiffs,<br><br>- against -<br><br>NEW YORK PRESSMEN'S UNION NUMBER 2, NYP HOLDINGS INC.,<br><br>Defendants. | Case No. 07-CV- 9583 (LTS)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael Starr from the law firm Hogan & Hartson LLP appears as co-counsel on behalf of Defendant NYP Holding, Inc. in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings be served upon the undersigned.

I certify that I am admitted to practice in this court and am a registered electronic case filing user.

Dated:  New York, New York
        May 13, 2008

/s/ Michael Starr
Michael Starr
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
Email: mstarr@hhlaw.com
*Attorneys for NYP Holdings Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILLIE MALONE, JEROME WATSON,
ROBERT ABREU, DESIREE WILSON, et.al.,

                Plaintiffs,

  -against-

NEW YORK PRESSMEN'S UNION NUMBER
2, NYP HOLDINGS INC.

                Defendants,
------------------------------------------------------------------------x

Case No. 07 CV 9583 (LTS)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                           : ss:
COUNTY OF NEW YORK )

John Nguyen, being duly sworn, deposes and says that he resides in the State of New Jersey, is employed by the firm Hogan & Hartson LLP, is over the age of eighteen years and is not a party to this action.

On the 13th day of May, 2008 deponent served a true copies of the **Notice of Appearance of Michael Starr and Notice of Appearance of Christine M. Wilson** upon:

        Daniel Engelstein
        Levy Ratner, P.C.
        80 Eighth Avenue, Floor 8
        New York, NY 10011

        Barry I. Levy
        Kenneth A. Novikoff
        Rivkin Radler, LLP

\\\NY - 076496/000630 - 1041696 v1

926 Rexcorp Plaza
Uniondale, NY 11556

by depositing a true copies thereof, in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
JOHN NGUYEN

Sworn to before me this
13th day of May, 2008,

_____
Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 2011

\\\NY - 076496/000630 - 1041696 v1