UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WILLIE MALONE, JEROME WATSON, ROBERT ABREU, DESIREE WILSON, et. al. | ) ) ) ) | Case No. 07-CV- 9583 (LTS) |
| | ) | ECF Case |
| Plaintiffs, | ) ) | |
| - against - | ) ) | **NOTICE OF APPEARANCE** |
| NEW YORK PRESSMEN'S UNION NUMBER 2, NYP HOLDINGS INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that Christine M. Wilson from the law firm Hogan & Hartson LLP appears as co-counsel on behalf of Defendant NYP Holding, Inc. in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings be served upon the undersigned.

I certify that I am admitted to practice in this court and am a registered electronic case filing user.

Dated:  New York, New York
        May 13, 2008

/s/ Christine M. Wilson
Christine M. Wilson
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
Email:cmwilson@hhlaw.com
*Attorneys for NYP Holdings Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
WILLIE MALONE, JEROME WATSON,
ROBERT ABREU, DESIREE WILSON, et.al.,

                  Plaintiffs,

   -against-

NEW YORK PRESSMEN'S UNION NUMBER
2, NYP HOLDINGS INC.

                  Defendants,

-------------------------------------------------------------------------x

Case No. 07 CV 9583 (LTS)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       : ss:
COUNTY OF NEW YORK )


        John Nguyen, being duly sworn, deposes and says that he

resides in the State of New Jersey, is employed by the firm Hogan & Hartson LLP,

is over the age of eighteen years and is not a party to this action.


        On the 13th day of May, 2008 deponent served a true copies of the

**Notice of Appearance of Michael Starr and Notice of Appearance of**

**Christine M. Wilson** upon:


                Daniel Engelstein
                Levy Ratner, P.C.
                80 Eighth Avenue, Floor 8
                New York, NY 10011

                Barry I. Levy
                Kenneth A. Novikoff
                Rivkin Radler, LLP

\\\NY - 076496/000630 - 1041696 v1

926 Rexcorp Plaza
Uniondale, NY  11556

by depositing a true copies thereof,  in a postpaid properly addressed wrapper, in

an official depository under the exclusive care and custody of the U.S. Postal Service

within the State of New York.

JOHN NGUYEN

Sworn to before me this
13th day of May, 2008,

Notary Public

ELLEN SCHILIRO
Notary Public, State of New York
NO. 01SC4951455
Qualified in Westchester County
Cert. Filed in New York County
Commission Expires May 22, 20_11_

\\\NY - 076496/000630 - 1041696 v1