CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06475-JSR

Lee v. NYP Holding Inc. et al  
Assigned to: Judge Jed S. Rakoff  
Related Cases: 1:07-cv-07163-PKC-KNF  
                 1:07-cv-09583-LTS  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 07/17/2007  
Date Terminated: 02/11/2008  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Eva Lee**     represented by     **Neil Michael. Frank**  
Frank & Associates,  
500 Bi-County Boulevard, #112N  
Farmingdale, NY 11735  
(631) 756-0400  
Fax: (631)-756-0547  
Email: nfrank@laborlaws.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NYP Holding Inc.**     represented by     **Shari Michelle Goldsmith**  
Jones Day (NYC)  
222 East 41st Street  
New York, NY 10017  
(212) 326-3772  
Fax: (212) 755-7306  
Email: smgoldsmith@jonesday.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raymond Walsh, Jr.**  
*an invidual*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2007 | 1 | COMPLAINT against NYP Holding Inc., Raymond Walsh, Jr. (Filing Fee $ 350.00, Receipt Number 620852)Document filed by Eva Lee.(laq) Additional attachment(s) added on 11/16/2007 (Becerra, Maribel). (Entered: 07/18/2007) |

| 07/17/2007 | | SUMMONS ISSUED as to NYP Holding Inc., Raymond Walsh, Jr. (laq) (Entered: 07/18/2007) |
|---|---|---|
| 07/17/2007 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 07/18/2007) |
| 07/17/2007 | | Case Designated ECF. (laq) (Entered: 07/18/2007) |
| 07/17/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Neil Michael. Frank for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 1 Complaint to: case_openings@nysd.uscourts.gov. (jmi) (Entered: 11/13/2007) |
| 07/25/2007 | 2 | NOTICE OF COURT CONFERENCE Initial Conference set for 9/10/2007 at 03:30 PM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 7/25/2007) (jmi) (Entered: 07/26/2007) |
| 08/17/2007 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying News Corporation as Corporate Parent. Document filed by NYP Holding Inc.. (Goldsmith, Shari) (Entered: 08/17/2007) |
| 08/17/2007 | 4 | ANSWER to Complaint. Document filed by NYP Holding Inc..(Goldsmith, Shari) (Entered: 08/17/2007) |
| 08/28/2007 | 5 | ENDORSED LETTER addressed to Judge Jed S. Rakoff from Jennifer Leigh Mazzo dated 8/23/07 re: This letter is respectfully submitted on behalf of both parties requesting an adjournment of the 9/10/07 Initial Conference. ENDORSEMENT: Conference rescheduled for 9/17/07 at 11 a.m. Plaintiff's counsel should promptly notify defense counsel. (Signed by Judge Jed S. Rakoff on 8/27/07) (tro) (Entered: 08/28/2007) |
| 09/17/2007 | 6 | CASE MANAGEMENT PLAN: Amended Pleadings due by 12/4/2007.,Motions due by 1/18/2008.,Responses due by 2/1/2008,Replies due by 2/8/2008.,Discovery due by 1/4/2008., Final Pretrial Conference set for 2/15/2008 at 04:00 PM before Judge Jed S. Rakoff. SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/17/2007) (jmi) (Entered: 09/17/2007) |
| 09/17/2007 | | Set/Reset Deadlines: Ready for Trial by 2/12/2007. (jmi) (Entered: 09/24/2007) |
| 09/17/2007 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Initial Pretrial Conference held on 9/17/2007. (djc) (Entered: 10/04/2007) |
| 12/05/2007 | | Minute Entryfor proceedings held before Judge Jed S. Rakoff: Interim Pretrial Conference held on 12/5/2007. (djc) (Entered: 12/10/2007) |
| 01/10/2008 | 7 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION for Extension of Time Change time of Pre Trial Hearing(LETTER). Document filed by Eva Lee.(Frank, Neil) Modified on 1/10/2008 (KA). (Entered: 01/10/2008) |
| 01/10/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF |

| | | |
|---|---|---|
| | | Document No. 7 HAS BEEN REJECTED. Note to Attorney Neil Michael Frank : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 01/10/2008) |
| 01/11/2008 | 8 | TRANSCRIPT of proceedings held on 12/5/07 before Judge Judge Jed S. Rakoff. (bw) (Entered: 01/11/2008) |
| 01/18/2008 | 9 | MOTION for Summary Judgment. Document filed by NYP Holding Inc.. Responses due by 2/1/2008(Goldsmith, Shari) (Entered: 01/18/2008) |
| 01/18/2008 | 10 | MEMORANDUM OF LAW in Support re: 9 MOTION for Summary Judgment.. Document filed by NYP Holding Inc.. (Goldsmith, Shari) (Entered: 01/18/2008) |
| 01/18/2008 | 11 | FILING ERROR - DEFICIENT DOCKET ENTRY - (MISSING EXHIBITS, SEE DOCUMENT #12) - DECLARATION of Shari M. Goldsmith, Esq. in Support re: 9 MOTION for Summary Judgment.. Document filed by NYP Holding Inc. (Goldsmith, Shari) Modified on 1/28/2008 (lb). (Entered: 01/18/2008) |
| 01/18/2008 | 12 | DECLARATION of Shari M. Goldsmith in Support re: 9 MOTION for Summary Judgment.. Document filed by NYP Holding Inc.. (Attachments: # 1 Exhibit 1, part 1 (Pl. Dep.), # 2 Exhibit 1, part 2 (Pl. Dep.), # 3 Exhibit 2 (Walsh Dep.), # 4 Exhibit 3 (Walsh Aff.), # 5 Exhibit 4, part 1 (Sutherland Aff.), # 6 Exhibit 4, part 2 (Sutherland Aff.), # 7 Exhibit 5 (Granito Aff.), # 8 Exhibit 6 (Vazquez Aff.), # 9 Exhibit 7 (Scialdone Aff.))(Goldsmith, Shari) (Entered: 01/18/2008) |
| 01/18/2008 | 13 | RULE 56.1 STATEMENT. Document filed by NYP Holding Inc.. (Goldsmith, Shari) (Entered: 01/18/2008) |
| 02/11/2008 | 14 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: It is hereby stipulated and agreed, by and between the parties to the above captioned action, through their respective attorneys, that this action, including all claims therein, be dismissed with prejudice and without fees or costs to any party. So Ordered (Signed by Judge Jed S. Rakoff on 2/8/08) (js) (Entered: 02/11/2008) |