# EXHIBIT 3

Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA LEE,

      Plaintiff,

  -against-        07 CIV 6475 (JSR)

NYP HOLDING INC. and
RAYMOND WALSH JR.,

      Defendants.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective attorneys, that this action, including all claims therein, be dismissed with prejudice and without fees or costs to any party.

By: _/s/ Neil M. Frank_      By: _/s/ Shari M. Goldsmith_

Neil M. Frank          Shari M. Goldsmith (SG 0909)
Frank & Associates, P.C.      Willis J. Goldsmith (WG 1598)
500 Bi-County Blvd., Suite 112N   JONES DAY
Farmingdale, New York 11735    222 East 41st Street
Tel: (631) 756-0400        New York, New York 10017-6702
               (212) 326-3939

*Attorneys for Plaintiff*

               J. Jordan Lippner (JL 0064)
               News America Incorporated
               1211 Avenue of the Americas
               New York, New York 10036
               (212) 852-7000

               *Attorneys for Defendant*

So Ordered This
____ Day of February 2008

_/s/ Judge Jed S. Rakoff_
Honorable Judge Jed S. Rakoff
United States District Judge

NYI-4060921v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08