# EXHIBIT 10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 3 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL PAULINO,

                    Plaintiff,          05 Civ. 4647 (GBD)

     -against-                         <u>ORDER</u>

NEW YORK PRESSMEN'S UNION LOCAL 2 and
THE NEW YORK POST,
                    Defendants.
------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

       Plaintiff's motion to withdraw his claim against defendant, the New York Post, is granted.

Dated: September 30, 2005
       New York, New York

                                                        SO ORDERED:

                                                   *George B. Daniels* (signature)
                                                   GEORGE B. DANIELS
                                                   United States District Judge