# EXHIBIT 11

Oct-03-2005 04:32pm From-Hogan & Hartson LLP 2129183100 T-742 P.003/003 F-309
10/03/2005 14:17 FAX 5167470204 @002
Sep-29-2005 04:58pm From-Hogan & Hartson LLP 2129183100 T-735 P.002/002 F-380

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
DANIEL PAULINO,

           Plaintiff,

    v.

NEW YORK NEWSPAPER PRESSMEN'S
UNION NO. 2, and THE NEW YORK POST,

           Defendants.
-----------------------------------------x

05 CV 4647 (GBD)

STIPULATION AND
ORDER OF DISMISSAL

**Courtesy Copy**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 04 2005

    IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, Daniel Paulino, and the defendant, NYP Holdings, Inc., d/b/a New York Post (the "Post"), misidentified as "the New York Post," through the signatures of their below-identified counsel, that all claims that were or could have been asserted against the Post in the above-captioned action, shall be, and hereby are, dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 29, 2005

FRANK & ASSOCIATES, LLP

By: _____
Neil M. Frank (NF 0571)
500 Bi-County Boulevard
Farmingdale, New York 11735
(631) 756-0400
*Attorneys for Plaintiff*

HOGAN & HARTSON L.L.P.

By: _____
Adam J. Heft (AH 0581)
875 Third Avenue
New York, New York 10022
(212) 918-3000
*Attorneys for Defendant
NYP Holdings, Inc.*

SO ORDERED:   OCT 04 2005

_____
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS