# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL PAULINO,

                      Plaintiff,          06 Civ. 53 (GBD)

    -against-                       ORDER

NEW YORK PRESSMEN'S UNION LOCAL TWO
and THE BOARD OF TRUSTEES and ROBERT
COSTELLO, Administrator, of the PRESSMEN'S
PUBLISHER'S BENEFIT FUND,
                      Defendants.
------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

      The unopposed motion to dismiss by defendants The Board of Trustees and Robert Costello, Administrator, of the Pressmen's Publisher's Benefit Fund is granted.

Dated: New York, New York
       April 5, 2006

                                                SO ORDERED:

                                              _____
                                              GEORGE B. DANIELS
                                              United States District Judge