# EXHIBIT 16

Case 1:07-cv-09583-LTS     Document 50-17     Filed 08/26/2008     Page 1 of 4

CLOSED, ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-08593-GBD

Paulino v. News Corp.
Assigned to: Judge George B. Daniels
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 10/03/2007
Date Terminated: 01/28/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Paulino**                                  represented by **Neil Michael. Frank**
　　　　　　　　　　　　　　　　　　　　　　　　　Frank & Associates,
　　　　　　　　　　　　　　　　　　　　　　　　　500 Bi-County Boulevard, #112N
　　　　　　　　　　　　　　　　　　　　　　　　　Farmingdale, NY 11735
　　　　　　　　　　　　　　　　　　　　　　　　　(631) 756-0400
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (631)-756-0547
　　　　　　　　　　　　　　　　　　　　　　　　　Email: nfrank@laborlaws.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**News Corp.**                                       represented by **Barry I. Levy**
*doing business as*                                  Rivkin Radler, LLP
The New York Post                                    926 Rexcorp Plaza
*also known as*                                      Uniondale, NY 11556
NYP Holdings, Inc.                                   (516) 357-3000
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (516) 357-3333
　　　　　　　　　　　　　　　　　　　　　　　　　Email: barry.levy@rivkin.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | 1 | COMPLAINT against News Corp.. (Filing Fee $ 350.00, Receipt Number 628647)Document filed by Daniel Paulino.(pl) (Entered: 10/04/2007) |
| 10/03/2007 |   | SUMMONS ISSUED as to News Corp. (pl) (Entered: 10/04/2007) |
| 10/03/2007 |   | Magistrate Judge Kevin Nathaniel Fox is so designated. (pl) (Entered: 10/04/2007) |
|   |   |   |

| 10/03/2007 | | Case Designated ECF. (pl) (Entered: 10/04/2007) |
|---|---|---|
| 10/09/2007 | 2 | ORDER RE SCHEDULING INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/9/2008 at 09:30 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 10/5/07) (cd) (Entered: 10/09/2007) |
| 11/06/2007 | 3 | AFFIDAVIT OF SERVICE. News Corp. served on 10/22/2007, answer due 11/12/2007. Service was accepted by Michael G. Cameron, Esq.. Document filed by Daniel Paulino. (Frank, Neil) (Entered: 11/06/2007) |
| 11/08/2007 | 4 | FIRST MOTION to Dismiss *Complaint*., FIRST MOTION for Summary Judgment. Document filed by News Corp..(Levy, Barry) (Entered: 11/08/2007) |
| 11/08/2007 | 5 | DECLARATION of Barry I. Levy, Esq. in Support re: 4 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION for Summary Judgment.. Document filed by News Corp.. (Attachments: # 1 Exhibit Paulino II Complaint# 2 Exhibit Costello Decl. and Summary Plan Description# 3 Exhibit Paulino I Complaint# 4 Exhibit Paulino I Amended Complaint# 5 Exhibit Local 2 Motion to Dismiss Paulino I# 6 Exhibit Local 2 Motion to Dismiss Paulino I pt. 2# 7 Exhibit Paulino I Docket Sheet# 8 Exhibit Plaintiff's Memorandum in Opposition to Local 2 Motion to Dismiss Paulino I# 9 Exhibit Paulino I Proposed 2d Amended Complaint# 10 Exhibit Order Granting Plaintiff's Request to Withdraw Claims in Paulino I# 11 Exhibit Paulino I Order and Stipulation of Dismissal With Prejudice# 12 Exhibit Order Denying Plaintiff's Request to File 2d Amended Complaint in Paulino I# 13 Exhibit Local 2 Motion to Dismiss in Paulino II# 14 Exhibit Local 2 Motion to Dismiss in Paulino II, pt. 2# 15 Exhibit Fund Motion to Dismiss in Paulino II# 16 Exhibit Fund Motion to Dismiss in Paulino II, pt. 2# 17 Exhibit Order Dismissing Plaintiff's Claims in Paulino II# 18 Exhibit Memorandum Opinion and Order in Paulino II# 19 Exhibit Plaintiff's Complaint in Paulino III# 20 Exhibit Cafeteria Plan Summary Description# 21 Exhibit Declaration of Michael Racano# 22 Exhibit Collective Bargaining Agreement)(Levy, Barry) (Entered: 11/08/2007) |
| 11/08/2007 | 6 | FIRST MEMORANDUM OF LAW in Support re: 4 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION for Summary Judgment.. Document filed by News Corp.. (Levy, Barry) (Entered: 11/08/2007) |
| 11/13/2007 | 7 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying News Corporation as Corporate Parent. Document filed by News Corp..(Levy, Barry) (Entered: 11/13/2007) |
| 11/26/2007 | 8 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - CONSENT MOTION for Extension of Time to file an Opposition to Defendant's Motion to Dismiss, inter alia(LETTER). Document filed by Daniel Paulino. Return Date set for 1/28/2008 at 12:00 PM.(Frank, Neil) Modified on 11/27/2007 (KA). (Entered: 11/26/2007) |
| 11/27/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Neil Michael Frank to MANUALLY RE-FILE Document No. 8 Letter. This document is not filed via ECF. (KA) (Entered: 11/27/2007) |
| 11/29/2007 | 9 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - |

| | | |
|---|---|---|
| | | FIRST MOTION for Extension of Time to File Response/Reply(LETTER). Document filed by Daniel Paulino. Return Date set for 1/28/2008 at 12:00 PM. (Frank, Neil) Modified on 11/30/2007 (KA). (Entered: 11/29/2007) |
| 11/30/2007 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 9 HAS BEEN REJECTED. Note to Attorney Neil Michael Frank : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 11/30/2007) |
| 12/03/2007 | 10 | ENDORSED LETTER addressed to Judge George B. Daniels from Neil M. Frank dated 11/30/07 re: Counsel writes to request permission to extend the time for submission of opposition papers to 12/27; reply date of 1/14 to defendants motion to dismiss, for summary judgment and sanctions. ENDORSEMENT: So Ordered. Set Deadlines/Hearing as to 4 FIRST MOTION to Dismiss *Complaint*. FIRST MOTION for Summary Judgment. ( Responses due by 12/27/2007, Replies due by 1/14/2008.) (Signed by Judge George B. Daniels on 12/3/07) (jco) (Entered: 12/04/2007) |
| 12/05/2007 | 11 | ENDORSED LETTER addressed to Judge George B. Daniels from Barry Levy dated 12/5/07 re: counsel for defendants request oral argument. ENDORSEMENT: The Oral argument set for 1/29/08 at 10:30 a.m. (Signed by Judge George B. Daniels on 12/5/07) (dle) (Entered: 12/05/2007) |
| 12/07/2007 | 12 | DECLARATION of NYP Holdings, Inc. in Support re: 4 FIRST MOTION to Dismiss *Complaint*.FIRST MOTION for Summary Judgment.. Document filed by News Corp.. (Levy, Barry) (Entered: 12/07/2007) |
| 12/26/2007 | 13 | MOTION for Extension of Time to File Response/Reply. Document filed by Daniel Paulino.(Frank, Neil) (Entered: 12/26/2007) |
| 01/28/2008 | 14 | STIPULATION AND ORDER OF DISMISSAL: This action is dismissed with prejudice pursuant to FRCP 41(a). (Signed by Judge George B. Daniels on 1/28/08) (db) (Entered: 01/28/2008) |