# EXHIBIT 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DANIEL PAULINO,

        Plaintiff,    Docket No.:
 -against-          CV 07-8593 (GBD)

NEWS CORP also known as NYP HOLDINGS, INC.
doing business as THE NEW YORK POST,

        Defendants.
-------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, Daniel Paulino ("Paulino") and the undersigned counsel for the Defendants, News Corp. and NYP Holdings, Inc. d/b/a The New York Post (collectively referred to as "Defendants") that all claims that were or could have been asserted by Paulino against the Defendants in the above-captioned action shall be, and are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Uniondale, New York
     January 3, 2008

FRANK & ASSOCIATES, P.C.      RIVKIN RADLER, LLP

By: _____    By: _____
 Neil M. Frank (NF - 0571)      Barry I. Levy (BL 2190)
500 Bi-County Boulevard – Suite 112N  926 RexCorp Plaza
Farmingdale, New York 11735     Uniondale, New York 11556
(631) 756-0400         (516) 357-3000

*Counsel for Plaintiff*        *Counsel for Defendants*


SO ORDERED: JAN 2 8 2008

_____
Hon. George B. Daniels, U.S.D.J.
     HON. GEORGE B. DA

Dated: _____