EXHIBIT 18

ECF, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-09583-LTS

Malone et al v. New York Pressmen's Union Number 2 et al
Assigned to: Judge Laura Taylor Swain
Related Case: 1:07-cv-06475-JSR
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 10/26/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Willie Malone**                          represented by **Willie Malone**
                                                          PRO SE

                                                          **Ian Matthew Sack**
                                                          Frank & Associates,
                                                          500 Bi-County Boulevard, #112N
                                                          Farmingdale, NY 11735
                                                          (718)590-2000
                                                          Fax: (718)590-6419
                                                          Email: sacki@bronxda.nyc.gov
                                                          *TERMINATED: 05/07/2008*
                                                          *LEAD ATTORNEY*

                                                          **Neil Michael. Frank**
                                                          Frank & Associates,
                                                          500 Bi-County Boulevard, #112N
                                                          Farmingdale, NY 11735
                                                          (631) 756-0400
                                                          Fax: (631)-756-0547
                                                          Email: nfrank@laborlaws.com
                                                          *TERMINATED: 05/07/2008*

**Plaintiff**

**Jerome Watson**                          represented by **Jerome Watson**
                                                          PRO SE

                                                          **Ian Matthew Sack**
                                                          (See above for address)
                                                          *TERMINATED: 05/07/2008*
                                                          *LEAD ATTORNEY*

                                                          **Neil Michael. Frank**
                                                          (See above for address)
                                                          *TERMINATED: 05/07/2008*

**Plaintiff**

Sammy NG
*TERMINATED: 01/23/2008*

represented by **Ian Matthew Sack**
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

**Plaintiff**

Eric Brookington
*TERMINATED: 01/23/2008*

represented by **Ian Matthew Sack**
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

**Plaintiff**

Robert Abreu

represented by **Robert Abreu**
PRO SE

**Ian Matthew Sack**
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

**Neil Michael. Frank**
(See above for address)
*TERMINATED: 05/07/2008*

**Plaintiff**

Desiree Wilson

represented by **Desiree Wilson**
PRO SE

**Ian Matthew Sack**
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

**Neil Michael. Frank**
(See above for address)
*TERMINATED: 05/07/2008*

**Plaintiff**

Eva Lee

represented by **Eva Lee**
PRO SE

**Ian Matthew Sack**
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

**Neil Michael. Frank**
(See above for address)

*TERMINATED: 05/07/2008*

**Plaintiff**

Olivia Wilson

represented by Olivia Wilson
PRO SE

Ian Matthew Sack
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

Neil Michael. Frank
(See above for address)
*TERMINATED: 05/07/2008*

**Plaintiff**

Sherre Wilson

represented by Sherre Wilson
PRO SE

Ian Matthew Sack
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

Neil Michael. Frank
(See above for address)
*TERMINATED: 05/07/2008*

**Plaintiff**

Angel Hernandez

represented by Angel Hernandez
PRO SE

Ian Matthew Sack
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

Neil Michael. Frank
(See above for address)
*TERMINATED: 05/07/2008*

**Plaintiff**

Marco Gonzalez
*TERMINATED: 01/23/2008*

represented by Ian Matthew Sack
(See above for address)
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*

**Plaintiff**

Nytricha Smith

represented by Nytricha Smith
PRO SE

                                                      **Ian Matthew Sack**
                                                     (See above for address)
                                                     *TERMINATED: 05/07/2008*
                                                     *LEAD ATTORNEY*

                                                   **Neil Michael. Frank**
                                                   (See above for address)
                                                   *TERMINATED: 05/07/2008*

**Plaintiff**

**Daniel Paulino**                               represented by  **Daniel Paulino**
                                                             PRO SE

                                                   **Ian Matthew Sack**
                                                   (See above for address)
                                                   *TERMINATED: 05/07/2008*
                                                   *LEAD ATTORNEY*

                                                   **Neil Michael. Frank**
                                                   (See above for address)
                                                   *TERMINATED: 05/07/2008*

V.

**Defendant**

**New York Pressmen's Union Number 2**      represented by  **Daniel Engelstein**
                                                                  Levy Ratner, P.C.
                                                                  80 Eighth Avenue, Floor 8
                                                                  New York, NY 10011
                                                                  212-627-8100
                                                                  Fax: 212-627-8182
                                                                  Email: dengelstein@lrbpc.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**News Corp.**
*TERMINATED: 01/23/2008*
*doing business as*
The New York Post
*TERMINATED: 01/23/2008*
*also known as*
NYP Holdings
*TERMINATED: 01/23/2008*

**Defendant**

**NYP Holdings Inc.**                        represented by  **Michael Starr**
                                                            Hogan & Hartson L.L.P.(NYC)

875 Third Avenue
New York, NY 10022
(212) 918-3000
Fax: (212) 918-3100
Email: mstarr@hhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry I. Levy**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
(516) 357-3000
Fax: (516) 357-3333
Email: barry.levy@rivkin.com
*ATTORNEY TO BE NOTICED*

**Christine Marie Wilson**
Hogan & Hartson L.L.P.(NYC)
875 Third Avenue
New York, NY 10022
(212) 918-3628
Fax: (212) 918-3100
Email: cmwilson@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Kenneth A. Novikoff**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556
516-357-3110
Fax: 516-357-3333
Email: ken.novikoff@rivkin.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2007 |   | ***DELETED DOCUMENT. Deleted document number 2 NOTICD OF REASSIGNMENT. The document was incorrectly filed in this case. (jeh) (Entered: 10/30/2007) |
| 10/26/2007 | 1 | COMPLAINT against New York Pressmen's Union Number 2, News Corp. (Filing Fee $ 350.00, Receipt Number 631249)Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Marco Gonzalez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Sammy NG, Eric Brookington, Robert Abreu, Desiree Wilson, Eva Lee.(jeh) (Entered: 10/30/2007) |
| 10/26/2007 |   | SUMMONS ISSUED as to New York Pressmen's Union Number 2, News Corp. (jeh) (Entered: 10/30/2007) |

| | | |
|---|---|---|
| 10/26/2007 | | Case Designated ECF. (jeh) (Entered: 10/30/2007) |
| 10/26/2007 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly Related to 07cv6475. (jeh) (Entered: 10/30/2007) |
| 11/05/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-06475-JSR. Notice of Assignment to follow. (laq) (Entered: 11/08/2007) |
| 11/05/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 11/08/2007) |
| 11/05/2007 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 11/08/2007) |
| 11/08/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 11/08/2007) |
| 11/20/2007 | 3 | NOTICE OF COURT CONFERENCE: Initial Conference set for 12/18/2007 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 11/20/2007) (jmi) (Entered: 11/21/2007) |
| 11/26/2007 | 4 | NOTICE OF APPEARANCE by Daniel Engelstein on behalf of New York Pressmen's Union Number 2 (Engelstein, Daniel) (Entered: 11/26/2007) |
| 11/30/2007 | 5 | STIPULATION AND ORDER, Time for Defendant New York Pressmen's Union Number 2 to answer or otherwise respond to the Complaint is hereby extended to and including 12/21/07. (Signed by Judge Jed S. Rakoff on 11/29/07) (tro) (Entered: 11/30/2007) |
| 12/06/2007 | 7 | NOTICE OF CASE REASSIGNMENT to Judge Laura Taylor Swain. Judge Jed S. Rakoff is no longer assigned to the case. (jeh) (Entered: 12/17/2007) |
| 12/14/2007 | 6 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/7/2008 at 2:00 PM in Courtroom 17C, 500 Pearl Street, New York, NY 10007 before Judge Laura Taylor Swain. (Signed by Judge Laura Taylor Swain on 12/13/07) (kco) (Entered: 12/14/2007) |
| 12/20/2007 | 8 | NOTICE of Notice of Motion to Dismiss The Complaint Against Defendant Union. Document filed by New York Pressmen's Union Number 2. (Engelstein, Daniel) (Entered: 12/20/2007) |
| 12/20/2007 | 9 | MOTION to Dismiss *The Complaint Against Defendant Union*. Document filed by New York Pressmen's Union Number 2.(Engelstein, Daniel) (Entered: 12/20/2007) |
| 12/20/2007 | 10 | MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss *The Complaint Against Defendant Union*.. Document filed by New York Pressmen's Union Number 2. (Engelstein, Daniel) (Entered: 12/20/2007) |
| 01/10/2008 | 11 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - FIRST MOTION for Extension of Time to File Response/Reply as to 8 Notice (Other), 10 Memorandum of Law in Support of Motion, 9 MOTION to Dismiss The Complaint Against Defendant Union(LETTER). Document filed by Willie Malone.(Frank, Neil) Modified on 1/10/2008 (KA). (Entered: 01/10/2008) |
| | | |

| Date | No. | Description |
|---|---|---|
| 01/10/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 11 HAS BEEN REJECTED. Note to Attorney Neil Michael Frank : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 01/10/2008) |
| 01/14/2008 | 12 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jennifer L. DeVenuti dated 1/10/08 re: Counsel for plaintiffs request an extension of time until 2/11/08 to file a response to the Motion to Dismiss; reply extended to 2/25/08. ENDORSEMENT: The request is granted. SO ORDERED. Set Deadlines as to 9 MOTION to Dismiss The Complaint Against Defendant Union: (Responses due by 2/11/2008, Replies due by 2/25/2008.) (Signed by Judge Laura Taylor Swain on 1/14/08) (db) (Entered: 01/14/2008) |
| 01/23/2008 | 13 | AMENDED COMPLAINT amending 1 Complaint against NYP Holdings Inc., New York Pressmen's Union Number 2. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. Related document: 1 Complaint, filed by Robert Abreu, Angel Hernandez, Willie Malone, Sherre Wilson, Desiree Wilson, Nytricha Smith, Olivia Wilson, Jerome Watson, Daniel Paulino, Marco Gonzalez, Eric Brookington, Eva Lee, Sammy NG.(db) (Entered: 01/31/2008) |
| 02/04/2008 | 14 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - SECOND MOTION for Extension of Time *to respond to Defendant's Motion to Dismiss* (LETTER). Document filed by Willie Malone.(Frank, Neil) Modified on 2/5/2008 (jar). (Entered: 02/04/2008) |
| 02/04/2008 | 15 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jennifer L. DeVenuti dated 2/4/08 re: This Firm represents Plaintiffs in the above referenced action, and writes to request that the time for Plaintiff to respond to Defendant New York Pressmen's Union Number Two's Motion to Dismiss be extended, from February 11, 2008 to February 19, 2008, and that Defendant's time to reply be extended from February 25, 2008 to March 7, 2008. ENDORSEMENT: The request is granted. So Ordered. (Signed by Judge Laura Taylor Swain on 2/4/08) (js) (Entered: 02/05/2008) |
| 02/05/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 14 HAS BEEN REJECTED. Note to Attorney Willie Malone : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (jar) (Entered: 02/05/2008) |
| 02/19/2008 | 16 | FILING ERROR - DEFICIENT DOCKET ENTRY - MEMORANDUM OF LAW in Opposition re: 9 MOTION to Dismiss *The Complaint Against Defendant Union. and In Support of Plaintiffs' Motion for Leave to Amend the Complaint*. Document filed by Willie Malone. (Frank, Neil) Modified on 2/20/2008 (jar). (Entered: 02/19/2008) |
| 02/19/2008 | 17 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of |

| | | |
|---|---|---|
| | | Jennifer L. DeVenuti, Esq. in Opposition re: 9 MOTION to Dismiss *The Complaint Against Defendant Union*. Document filed by Willie Malone. (Frank, Neil) Modified on 2/20/2008 (jar). (Entered: 02/19/2008) |
| 02/19/2008 | 18 | FILING ERROR - DEFICIENT DOCKET ENTRY - FIRST MOTION to Amend/Correct 1 Complaint,. Document filed by Willie Malone. Return Date set for 3/20/2008 at 09:30 AM.(Frank, Neil) Modified on 2/20/2008 (jar). (Entered: 02/19/2008) |
| 02/19/2008 | 19 | FILING ERROR - DEFICIENT DOCKET ENTRY - CERTIFICATE OF SERVICE of Motion to Dismiss Opposition Papers, Notice of Motion to Amend Complaint and Supporting Papers served on Defendant NY Printing Pressman's Union on 2/19/08. Service was made by Overnight Mail. Document filed by Willie Malone. (Frank, Neil) Modified on 2/20/2008 (jar). (Entered: 02/19/2008) |
| 02/19/2008 | 20 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Jennifer L. DeVenuti, Esq. in Support re: 18 FIRST MOTION to Amend/Correct 1 Complaint. Document filed by Willie Malone. (Attachments: # 1 Exhibit Original Complaint, # 2 Exhibit Proposed Amended Complaint) (Frank, Neil) Modified on 2/20/2008 (jar). (Entered: 02/19/2008) |
| 02/20/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Neil Frank to RE-FILE Document 16 Memorandum of Law in Opposition to Motion. ERROR(S): Party selection error. Every party listed as filer must be chosen in the Filer Selection screen. (jar) (Entered: 02/20/2008) |
| 02/20/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Neil Frank to RE-FILE Document 17 Declaration in Opposition to Motion. ERROR(S): Party selection error. Every party listed as filer must be chosen in the Filer Selection screen. (jar) (Entered: 02/20/2008) |
| 02/20/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Neil Frank to RE-FILE Document 18 FIRST MOTION to Amend/Correct 1 Complaint. ERROR(S): Party selection error. Every party listed as filer must be chosen in the Filer Selection screen. (jar) (Entered: 02/20/2008) |
| 02/20/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Neil Frank to RE-FILE Document 19 Certificate of Service Other. ERROR(S): Party selection error. Every party listed as filer must be chosen in the Filer Selection screen. (jar) (Entered: 02/20/2008) |
| 02/20/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Neil Frank to RE-FILE Document 20 Declaration in Support of Motion. ERROR(S): Party selection error. Every party listed as filer must be chosen in the Filer Selection screen. (jar) (Entered: 02/20/2008) |
| 02/25/2008 | 21 | MEMORANDUM OF LAW in Opposition re: 9 MOTION to Dismiss *The* |

| | | |
|---|---|---|
| | | *Complaint Against Defendant Union..* Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Frank, Neil) (Entered: 02/25/2008) |
| 02/25/2008 | 22 | DECLARATION of Jennifer L. DeVenuti, Esq. in Opposition re: 9 MOTION to Dismiss *The Complaint Against Defendant Union..* Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Frank, Neil) (Entered: 02/25/2008) |
| 02/25/2008 | 23 | FIRST MOTION to Amend/Correct 1 Complaint,. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. Return Date set for 3/20/2008 at 09:30 AM.(Frank, Neil) (Entered: 02/25/2008) |
| 02/25/2008 | 24 | DECLARATION of Jennifer L. DeVenuti, Esq. in Support re: 23 FIRST MOTION to Amend/Correct 1 Complaint,.FIRST MOTION to Amend/Correct 1 Complaint,.. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Attachments: # 1 Exhibit, # 2 Exhibit)(Frank, Neil) (Entered: 02/25/2008) |
| 02/25/2008 | 25 | CERTIFICATE OF SERVICE of Opposition to Defendant Union's Motion to Dismiss and Notice of Motion for Leave to Amend Complaint served on New York Pressmen's Union Local 2 on 2/19/2008. Service was made by Overnight Mail. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Frank, Neil) (Entered: 02/25/2008) |
| 02/26/2008 | 26 | ORDER terminating 23 Motion to Amend/Correct for purposes of the Court's docket. without prejudice to reinstatement upon application, upon notice to adverse parties and accompanied by the requisite certification; it is further ORDERED, that no response to the motion is required unless a reinstatement application is granted, in which the time to respond of any adverse party shall be calculated from the date of service of the order of reinstatement and in accordance with Local Civil Rule 6.1 of the United States District Court for the Southern District Of New York. (Signed by Judge Laura Taylor Swain on 2/26/2008) (jmi) (Entered: 02/27/2008) |
| 02/27/2008 | 27 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Daniel Engelstein dated 2/26/2008 re: We represent the Defendant Union in the above matter. We are writing, with the consent of Plaintiffs' counsel, to adjourn the pre-trial conference scheduled for March 7, 2008 and to suspend the attendant disclosure and other pre-obligations pending disposition of the Union's pending motion to dismiss, Plaintiffs' anticipated motion to amend their Complaint, and the formal appearance of the other defendant, which I understand was served sometime in January, 2008. Subject to the Court's approval, we have agreed to the following schedule with respect to put motion to dismiss and Plaintiffs' motion to amend the complaint and compliance with the pre-motion conference consultation requirements Defendant Union has volunteered to provide Plaintiffs' counsel with information submitted to the EEOC. By Wednesday |

| | | |
|---|---|---|
| | | March 5, 2008, Plaintiffs will provide us with a proposed amended complaint; On Monday, March 10, 2008, we will inform Plaintiffs' counsel as to whether we will consent to the filing of the amended complaint; If we do not consent the amendment because it is not materially different from the initial complaint, we will file our reply papers on the pending motion to dismiss on or before March 14, 2008 and oppose the motion to amend on the grounds that the amended complaint is also insufficient; and, If the amended complaint is sufficiently materially different that the court would likely grant the motion to amend, we will consent to the amendment and enter into a stipulation that will provide for additional time in which Defendant Union may answer or renew its motion to dismiss. ENDORSEMENT: The proposed schedule is approved. SO ORDERED., ( Replies due by 3/14/2008.) (Signed by Judge Laura Taylor Swain on 2/27/2008) (jmi) (Entered: 02/27/2008) |
| 02/29/2008 | 28 | STIPULATION AND ORDER; that Defendant NYP Holdings Inc.'s time to answer, move or otherwise respond with respect to the Complaint shall be extended to and including 30 days from this Court's ruling on the pending motion to Amend. (Signed by Judge Laura Taylor Swain on 2/29/08) (pl) (Entered: 02/29/2008) |
| 03/11/2008 | 31 | LETTER addressed to Jennifer L. DeVenuti from Daniel Engelstein dated 3/10/08 re: The Union intends to file its Reply Memorandum of Law in further support of its motion to dismiss by 3/14/08. Document filed by New York Pressmen's Union Number 2.(dle) (Entered: 03/17/2008) |
| 03/12/2008 | 29 | REPLY MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss *The Complaint Against Defendant Union*.. Document filed by New York Pressmen's Union Number 2. (Attachments: # 1 Affidavit Affidavit of Service by Overnight Delivery)(Engelstein, Daniel) (Entered: 03/12/2008) |
| 03/14/2008 | 30 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jennifer DeVenuti dated 3/13/08 re: Request that plaintiffs Motion for Leave to Amend be reinstated. ENDORSEMENT: The reinstatement request is granted. (Signed by Judge Laura Taylor Swain on 3/18/08) (cd) (Entered: 03/14/2008) |
| 03/18/2008 | 32 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Carl J. Levine dated 3/17/08 re: counsel requests a short extension of time, until April 4, 2008, in which to file their opposition to the present motion. ENDORSEMENT: The request is granted. Set Deadlines/Hearing as to 9 MOTION to Dismiss the Complaint Against Defendant Union (Responses due by 4/4/2008) (Signed by Judge Laura Taylor Swain on 3/17/08) (djc) (Entered: 03/18/2008) |
| 03/19/2008 | 33 | NOTICE OF APPEARANCE by Barry I. Levy on behalf of NYP Holdings Inc. (Levy, Barry) (Entered: 03/19/2008) |
| 03/19/2008 | 34 | NOTICE OF APPEARANCE by Kenneth A. Novikoff on behalf of NYP Holdings Inc. (Novikoff, Kenneth) (Entered: 03/19/2008) |
| 04/03/2008 | 35 | FILING ERROR - DEFICIENT DOCKET ENTRY (WRONG ATTORNEY LOGIN USED - SEE DOCKET ENTRY NO. 36 ) - MEMORANDUM OF LAW in Opposition re: 23 FIRST MOTION to Amend/Correct 1 Complaint,.FIRST MOTION to Amend/Correct 1 Complaint,.. Document filed |

| | | |
|---|---|---|
| | | by New York Pressmen's Union Number 2. (Slutsky, David) Modified on 4/3/2008 (kkc). (Entered: 04/03/2008) |
| 04/03/2008 | 36 | MEMORANDUM OF LAW in Opposition re: 23 FIRST MOTION to Amend/Correct 1 Complaint,.FIRST MOTION to Amend/Correct 1 Complaint,.. Document filed by New York Pressmen's Union Number 2. (Engelstein, Daniel) (Entered: 04/03/2008) |
| 04/03/2008 | 37 | DECLARATION of Daniel Engelstein in Opposition re: 23 FIRST MOTION to Amend/Correct 1 Complaint,.FIRST MOTION to Amend/Correct 1 Complaint,.. Document filed by New York Pressmen's Union Number 2. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Engelstein, Daniel) (Entered: 04/03/2008) |
| 04/08/2008 | 38 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jennifer L. Devenuti, Esq. dated 4/7/2008 re: This firm represents Plaintiffs in the above-reference action. I write to respectfully request Plaintiffs' time to file and serve a Reply in Support of Plaintiffs' Motion for Leave to Amend the Complaint be extended from April 9, 2008 to April 18, 2008. This is Plaintiffs' first request for an extension to file and serve such a Reply as pertains to Plaintiff's Motion for Leave to Amend. ENDORSEMENT: The request is granted. SO ORDERED. ( Motions due by 4/18/2008.) (Signed by Judge Laura Taylor Swain on 4/8/2008) (jmi) (Entered: 04/08/2008) |
| 04/17/2008 | 39 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jennifer DeVenuti dated 4/16/08 re: Request that Plaintiffs' time to file and serve a Reply in Support of Plaintiffs' Motion for Leave to Amend the Complaint be extended from 4/18/08 to 4/25/08. ENDORSEMENT: The request is granted. (Reply due by 4/25/2008) (Signed by Judge Laura Taylor Swain on 4/17/08) (cd) (Entered: 04/18/2008) |
| 04/22/2008 | 40 | FILING ERROR - DEFICIENT DOCKET ENTRY - FIRST MOTION for Frank & Associates, P.C. to Withdraw as Attorney as to Plaintiff EVA LEE only. Document filed by Eva Lee. (Attachments: # 1 Affidavit Affirmation of Jennifer L. DeVenuti, Esq., # 2 Affidavit Affirmations of Proof of Service, # 3 Text of Proposed Order Proposed Order)(Frank, Neil) Modified on 4/23/2008 (KA). (Entered: 04/22/2008) |
| 04/23/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Neil Michael Frank to RE-FILE Document 40 FIRST MOTION for Frank & Associates, P.C. to Withdraw as Attorney as to Plaintiff EVA LEE only. ERROR(S): Filing Error of Supporting Affirmation. Supporting Affirmation must be filed individually. Event code located under Replies, Opposition and Supporting Documents. (KA) (Entered: 04/23/2008) |
| 04/24/2008 | 41 | AFFIRMATION of Jennifer L. DeVenuti, Esq. in Support re: 40 FIRST MOTION for Frank & Associates, P.C. to Withdraw as Attorney *as to Plaintiff EVA LEE only*.. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Frank, Neil) (Entered: 04/24/2008) |
| 04/25/2008 | 42 | REPLY MEMORANDUM OF LAW in Support re: 23 FIRST MOTION to |

| | | |
|---|---|---|
| | | Amend/Correct 1 Complaint,.FIRST MOTION to Amend/Correct 1 Complaint,.. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Frank, Neil) (Entered: 04/25/2008) |
| 04/25/2008 | 43 | REPLY AFFIRMATION of Jennifer L. DeVenuti, Esq. in Support re: 23 FIRST MOTION to Amend/Correct 1 Complaint,.FIRST MOTION to Amend/Correct 1 Complaint,.. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Frank, Neil) (Entered: 04/25/2008) |
| 04/25/2008 | 44 | CERTIFICATE OF SERVICE of Reply Memoranda and Supporting papers served on Local 2 on 4/25/08. Service was made by OVERNIGHT DELIVERY. Document filed by Olivia Wilson, Sherre Wilson, Angel Hernandez, Nytricha Smith, Daniel Paulino, Willie Malone, Jerome Watson, Robert Abreu, Desiree Wilson, Eva Lee. (Frank, Neil) (Entered: 04/25/2008) |
| 05/07/2008 | 45 | ORDER that leave to withdraw as counsel of record for Plaintiff is hereby granted to Frank & Associates, PC and that service of a copy of this order shall be made by Frank & Associates by first class mail, postage pre-paid upon Plaintiff (Frank & Associates shall file a certificate attesting to such service) and Plaintiff shall appear by substitute counsel within 30 days of the date of this order. (Signed by Judge Laura Taylor Swain on 5/7/08) (cd) (Entered: 05/07/2008) |
| 05/13/2008 | 46 | NOTICE OF APPEARANCE by Michael Starr on behalf of NYP Holdings Inc. (Starr, Michael) (Entered: 05/13/2008) |
| 05/13/2008 | 47 | NOTICE OF APPEARANCE by Christine Marie Wilson on behalf of NYP Holdings Inc. (Wilson, Christine) (Entered: 05/13/2008) |