# EXHIBIT 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

WILLY MALONE, JEROME WATSON, ROBERT ABREU,
DESIREE WILSON, EVA LEE, OLIVIA WILSON,
SHERRE WILSON, ANGEL HERNANDEZ, NYTRICHA
SMITH and DANIEL PAULINO,

                                    Plaintiffs,

                                                        **Case Number:**
                                                        **07-CV-9583**
                                                        **(LTS) (GWG)**

                    -against-

                                                        **PROPOSED ORDER**

**NEW YORK PRESSMEN'S UNION NUMBER 2**
**and NEWS CORP a.k.a. NYP HOLDINGS d/b/a**
**THE NEW YORK POST,**

                                    Defendants.
-----------------------------------------------------------------------

THIS MATTER having come before the Court by Frank & Associates, P.C., counsel for Eva

Lee (hereinafter "Plaintiff"), seeking an order granting counsel leave to withdraw as counsel of

record for Plaintiff; and the Court having read the Affirmation of Neil M. Frank in support of said

motion;

WHEREAS, the Plaintiff was served with a copy of the Frank & Associates, P.C. motion to

withdraw as counsel of record and did not object or reply to said motion;

IT IS ORDERED, that leave to withdraw as counsel of record for Plaintiff is hereby granted

to Frank, & Associates, P.C.; and

IT IS FURTHER ORDERED that service of a copy of this order shall be made by first class

mail, postage pre-paid, upon Plaintiff and Plaintiff shall appear by substitute counsel within thirty

(30) days of the date of this order.

*[handwritten marginal note: Frank & Associates]*

*[handwritten note: Frank & Associates shall file a certificate attesting to such service.]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 7 20

Dated: New York, New York
     May 7    , 2008

SO ORDERED:

_____

Honorable Laura T. Swain
United States District Judge
Southern District of New York