UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE MALONE et al.,

Plaintiffs,

No. 07 Civ. 9583 (LTS)(GWG)

-against-

NEW YORK PRESSMAN'S UNION
NO. 2 et al.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 5 2009

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

## ORDER

On July 2, 2009, the Court issued an order requiring, inter alia, that "if either Willie

Malone, Jerome Watson or Robert Abreu fail to appear in this action on or before July 30, 2009,

the claims in this litigation of the person(s) who fail to appear as required by this Order will be

dismissed . . . without prejudice for failure to prosecute, pursuant to Rule 41 of the Federal Rules of

Civil Procedure." (Docket entry no. 98.) Neither Watson or Abreu have appeared in this action in

the manner prescribed by the July 2, 2009, Order. Accordingly, it is hereby

ORDERED, that the claims asserted in this litigation by Watson and Abreu are

dismissed without prejudice for failure to prosecute, pursuant to Rule 41 of the Federal Rules of

Civil Procedure.

SO ORDERED.

Date: New York, New York
September 25, 2009

LAURA TAYLOR SWAIN
United States District Judge

Filed on ECF.

Copies sent by mail to:

Jerome Watson
329 N. Little Tor Road
New City, New York 10956

Robert Abreu
735 N. 29th Street
Allentown, Pennsylvania 18104