UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE MALONE et al.,

           Plaintiffs,

  -against-

NEW YORK PRESSMAN'S UNION
NO. 2 et al.,

           Defendants.

No. 07 Civ. 9583 (LTS)(GWG)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2009
```

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

## ORDER

In light of the filing of the amended complaint in this action on September 24, 2009 (docket entry no. 110), defendant NYP Holdings, Inc.'s motion to dismiss the claims asserted by plaintiffs Lee and Paulino in the superceded complaint is terminated without prejudice to reinstatement as against the amended complaint, upon request and in accordance with the Individual Practice Rules of the undersigned. This Order resolves docket entry no. 48.

      SO ORDERED.

Date:  New York, New York
       September 28, 2009

                                      LAURA TAYLOR SWAIN
                                      United States District Judge